| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Aurelia Durant, Esquire<br>Mitchell Durant & Associates<br>401 Route 70 East, Suite 104<br>Cherry Hill, NJ 08034<br>Phone 856.317.1404<br>Fax 856.875.1085<br>Attorney for Debtors, Rufus and Katherine Moore | FILED<br>JAMES J. WALDRON, CLERK<br>JUN 13 2007<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
|---|---|
| In Re:<br><br>Rufus and Katherine Moore | Case No.: 06-11540 DHS<br>Adv. No.: _____<br>Hearing Date: _____<br>Judge: STECKROTH |

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

6-13-07

Upon consideration of the application of <u>Aurelia Mitchell Durant on behalf of debtors</u> for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1.  The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on ___Motion to Approve Refinance of Real Property___ is hereby shortened as set forth herein.

2.  Hearing shall be conducted on the aforesaid motion/application on ___June 27___, 20_07_ at _11:00 A_.m. in the United States Bankruptcy Court ___50 Walnut Street, Newark___, Courtroom No. _____ .

3.  True copies of this order, the application for it, and the moving papers shall be served upon ___Chapter 13 Trustee + Secured Creditors___ by:

    ☒ fax,      or  ☒ overnight mail,
    ☒ email,        ☐ hand delivery,
    ☐ regular mail,

    and within

    ☐ __/__ day(s) of the date hereof, or
    ☐ on the same date as the order.

4.  Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

- ❏ shall be filed and served so as to be received no later than _June 25, 2007_

- ❏ may be presented at the hearing.

6. ☒ Court appearances will be required to prosecute said motion/application and any objections.

- ❏ Any objector may appear by telephone at the hearing.

- ❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

rev. 6/1/06.jml